# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

130397 & (17)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 130397
COA: 265985
Genesee CC:  05-015428-FH

LAURIE JEROME BONIOR,
        Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is DENIED.  The application for leave to appeal the November 21, 2005 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Harper,* (Docket No. 130988) and *People v Burns,* (Docket No. 131898) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

s0122